JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

---

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

June 15, 2016

**VIA ECF**

Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Scott Brown, et al. v. LVSS Inc., et al.*
                Civil Case No. 16CV2294 (AKH)

Dear Judge Hellerstein:

We represent Plaintiffs in the above-referenced matter. We write to respectfully request that the Court schedule an Initial Conference pursuant to F.R.C.P. §16.

Thank you for your attention to this matter.

Respectfully submitted,

 /s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum